# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS (DALLAS)

| | |
|---|---|
| MARY DANAHAR, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>vs.<br><br>HMS HOLDINGS CORP., WILLIAM C. LUCIA, AND JEFFREY S. SHERMAN,<br><br>Defendants. | No.: 3:17-cv-01339-L<br><br>**NOTICE OF VOLUNTARY DISMISSAL, WITHOUT PREJUDICE, PURSUANT TO FED. R. CIV. P. 41(a)** |

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Lead Plaintiffs Mary Danahar and David Conine, through their counsel, hereby voluntarily dismiss this action, without prejudice, against all defendants. The parties have agreed that each will bear their own fees and costs.

Dated: July 28, 2017

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

By: /s/ *Jacob A. Goldberg*
Jacob A. Goldberg
Keith R. Lorenze
101 Greenwood Avenue, Suite 440
Jenkintown, PA  19046
Telephone: (215) 600-2817
Facsimile: (212) 202-3827
Email: jgoldberg@rosenlegal.com

*Lead Counsel for Lead Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of July 2017, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/ *Jacob A. Goldberg*
Jacob A. Goldberg